AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
MAR 14 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anthony Ray Jenkins | ) | Case No. 12-MJ-6022-HAI |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/04/2011  in the county of  Harlan  in the  Eastern  District of  Kentucky , the defendant violated  18  U. S. C. §  1201(a)(1) & 2 , an offense described as follows:

aided and abetted by others, did willfully and unlawfully kidnap, abduct, seize, confine, inveigle, decoy, and carry away, Kevin Pennington, and hold him for the purpose of assault, and did use an instrumentality of interstate commerce, to wit; a vehicle and an interstate road, in committing the offense, all in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony M. Sankey, Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/13/2012

*Judge's signature*

City and state:  London, Kentucky

Hanly A. Ingram, Magistrate Judge
*Printed name and title*