UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
APR 11 2012
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                         INDICTMENT NO. 6:12-CR-15GFVT

DAVID JASON JENKINS and
ANTHONY RAY JENKINS

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 18 U.S.C. § 1201(c)

On or about April 4, 2011, in Harlan and Letcher Counties, in the Eastern District of Kentucky,

**DAVID JASON JENKINS and
ANTHONY RAY JENKINS**

did knowingly and willfully conspire and agree with each other and with others, to kidnap, abduct, seize, confine, inveigle, decoy, and carry away Kevin Pennington, and hold Pennington for the purpose of assault, and did use a means, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck, in committing and in furtherance of the commission of such offense, in violation of 18 U.S.C. § 1201(a)(1), all in violation of 18 U.S.C. § 1201(c).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the Defendants and their co-conspirators committed the following overt acts, among others, on April 4, 2011, in the Eastern District of Kentucky:

1. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** made a plan to assault Pennington because of his sexual orientation.

2. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** solicited **MABLE ASHLEY JENKINS** and **ALEXIS LEEANN JENKINS** to lure Pennington out of his residence for the purpose of assaulting him because of his sexual orientation.

3. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** as part of their plan decided to use **ANTHONY RAY JENKINS'S** new white pick-up truck to conceal their true identities from Pennington.

4. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** as part of their plan wore clothing that they believed would help conceal their true identities from Pennington.

5. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** as part of their plan disabled the interior light in the white pick-up truck to assist them in concealing their true identities from Pennington.

6. **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** drove to Pennington's residence.

7. Once at Pennington's residence, **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** directed **MABLE ASHLEY JENKINS** and **ALEXIS LEEANN JENKINS** to lure Pennington into the white pick-up truck by telling him they would take him to get Suboxone.

8. After Pennington got into the back seat of the white pick-up truck not knowing the true identities of the Defendants, **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** as part of the plan drove along US Highway 119 to a secluded area of Kingdom Come State Park.

9. After Pennington recognized the Defendants and asked to get out of the truck, **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** refused to let him out and continued driving up the mountain to a secluded area of Kingdom Come State Park.

10. In Kingdom Come State Park, **DAVID JASON JENKINS** and **ANTHONY RAY JENKINS** continued to restrain Pennington as they beat him, with encouragement from **MABLE ASHLEY JENKINS** and **ALEXIS LEEANN JENKINS**, in an attempt to kill Pennington.

## COUNT 2
## 18 U.S.C. § 1201(a)(1)
## 18 U.S.C. § 2

On or about April 4, 2011, in Harlan and Letcher Counties, in the Eastern District of Kentucky,

**DAVID JASON JENKINS and**
**ANTHONY RAY JENKINS,**

aided and abetted by others, did willfully and unlawfully kidnap, abduct, seize, confine, inveigle, decoy, and carry away Kevin Pennington, and hold Pennington for the purpose of assault, and did use a means, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck, in committing and in furtherance of the commission of such offense, all in violation of 18 U.S.C. §§ 1201(a)(1) and 2.

## COUNT 3
## 18 U.S.C. § 249(a)(2)
## 18 U.S.C. § 2

On or about April 4, 2011, in Harlan and Letcher Counties, in the Eastern District of Kentucky,

**DAVID JASON JENKINS and**
**ANTHONY RAY JENKINS,**

aided and abetted by others, did willfully cause bodily injury to Kevin Pennington because of Pennington's actual and perceived sexual orientation; the offense conduct, which included kidnaping, occurred during the course of and as the result of the travel of Pennington and the Defendants using a channel, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck; in connection with the

offense conduct, the Defendants used a channel, facility, and instrumentality of interstate commerce, to wit, US Highway 119 and a white pick-up truck, all in violation of 18 U.S.C. §§ 249(a)(2) and 2.

*Kerry B Harvey*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

*Kerry B Harvey for*
**THOMAS E. PEREZ**
**ASSISTANT ATTORNEY GENERAL**

## PENALTIES

**COUNTS 1-3:**   Any term of years to life imprisonment, $250,000 fine, or both, and not more than 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.