United States District Court
Eastern District of Kentucky
Southern Division
London
Criminal No. 12-15-GFVT

<u>Electronically Filed</u>

United States of America                                       Plaintiff,

V.

Anthony Ray Jenkins                                            Defendant.

---

Proposed Jury Instructions

---

Comes now the defendant, Anthony Ray Jenkins, by counsel, and tenders certain proposed jury instructions. Jenkins requests Sixth Circuit Pattern Instruction 6.01 Defense Theory. Jenkins will submit this instruction at the close of the evidence.

Further, Jenkins objects to the U.S.' tendered substantive instruction regarding count 3. 18 U.S.C. §249(a)(2) by its plain language requires the government to prove the (victim's) bodily injury resulted "through the use of fire, a firearm, a dangerous weapon, or an explosive or

incendiary device…" It is Jenkins' position this language must be included in any instruction given to the jury.

Jenkins reserves the right to supplement the proposed jury instructions consistent with the evidence introduced at trial.

Respectfully Submitted,

/s/Willis G. Coffey
Willis G. Coffey
Coffey and Ford, P.S.C
P.O. Box 247
Mt. Vernon, Ky. 40456
(606)256-4405

Certificate of Service:

I hereby certify on October 1, 2012, I electronically filed the foregoing proposed jury instructions with the clerk of the Court by using the CM/ECF system, which will send notice of filing to counsel of record.

/s/Willis G. Coffey